UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to Cases on Exhibit A and Tables 1–4 | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

# ORDER

On May 22, 2024, the Court entered Case Management Order ("CMO") No. 92 (Reconciliation of Court's Docket), ECF No. 4057. CMO 92 included directives to ensure dismissed cases were closed and duplicate cases were dismissed from the extraordinary docket of this MDL. Exhibit D to CMO 92 identified 55 cases on the Court's docket for which BrownGreer was unable to identify the respective claimants with sufficient certainty using the information then available. Counsel for those claimants and the one *pro se* claimant on Exhibit D were directed to provide BrownGreer with the claimant's full name, address, Social Security Number, and date of birth by June 5, 2024. BrownGreer has reviewed the information that it received and identified several categories of cases to be addressed to update the Court's docket. Additionally, BrownGreer has continued to reconcile the Settlement Program case data to ensure accuracy as the Settlement Program issues payments, and, through that analysis, BrownGreer identified seven case numbers dismissed in

CMO 92 as duplicative case filings by Participating Claimants in the Settlement Program that should be the operative active case numbers for those claimants until their cases are dismissed after they are paid in the Settlement Program.

Accordingly, it is **ORDERED** that:

1. **Dismissals as Duplicative Cases:** The 35 cases listed in Exhibit A to this Order are hereby **DISMISSED WITH PREJUDICE** as duplicates of another case. BrownGreer received sufficient information from the firms for these cases and has confirmed that these cases are associated with a claimant added to the ID Order Report pursuant to CMO No. 60 (Identification Order), ECF No. 3814, under a different case number by the same firm or by a different firm. Those different case numbers either: (a) have already been dismissed and any CAE Claims of the claimant closed; or (b) are associated with a Participating Claimant in the Settlement Program and properly remain pending until after the claimant is paid in the Settlement Program. The Clerk is directed to close the cases listed in Exhibit A in their entirety for all purposes.

2. **Voluntary Dismissals:** The seven cases listed in Table 1 are hereby **DISMISSED WITH PREJUDICE**. The firms representing these plaintiffs confirmed to BrownGreer that their cases are dismissed voluntarily. The Clerk is directed to close the cases listed in Table 1 in their entirety for all purposes:

| Table 1 | Voluntary Dismissals | |
|---|---|---|
| | **Case Number** | **Name** |
| 1. | 3:22-cv-06818-MCR-HTC | Bernal, Daniel |
| 2. | 3:20-cv-03222-MCR-HTC | Collins, Joseph |
| 3. | 3:21-cv-02350-MCR-HTC | Cummings, Jeremy |
| 4. | 3:22-cv-06664-MCR-HTC | Davidson, Ryan |
| 5. | 7:21-cv-39400-MCR-HTC | Dolyniuk, Nathan |
| 6. | 3:20-cv-05726-MCR-HTC | Evans, Cody |
| 7. | 3:21-cv-01058-MCR-HTC | Wallace, Justin |

3. **Non-Responsive Claimant Dismissals:** The firms and the *pro se* claimant in the six cases listed in Table 2 did not respond to provide BrownGreer with any of the information required by CMO 92, despite multiple requests by BrownGreer. Because of the advanced stage both of this litigation and the Settlement Program, and the failure to comply with Court Orders, the cases listed in Table 2 are **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close them in their entirety for all purposes:

| Table 2 | Non-Responsive Claimant Dismissals | |
|---|---|---|
| | **Case Number** | **Name** |
| 1. | 3:22-cv-04906-MCR-HTC | Baker, Phillip |
| 2. | 3:20-cv-05883-MCR-HTC | Cater, Aaron |
| 3. | 3:20-cv-05884-MCR-HTC | Helmick, Seth |
| 4. | 3:20-cv-05885-MCR-HTC | Hensley, Scott |
| 5. | 3:20-cv-05886-MCR-HTC | Mackey, John |
| 6. | 3:21-cv-03514-MCR-HTC | Walton, Lamont |

4. **Dismissals for No ID Order Declaration:** The firms for the seven cases listed in Table 3 provided BrownGreer with the information required by CMO 92, which permitted BrownGreer to identify the plaintiffs and the cases involved, and to determine that none of the claimants were submitted on an ID Order

Declaration as required by CMO 60. Section IV of CMO 60 warned:

> Failure by CAE Counsel to include on the referenced Declaration all Eligible Claimants in which CAE Counsel is Primary Counsel will be a violation of this Order and shall subject (i) such unidentified CAE Claimants to dismissal with prejudice and (ii) CAE Counsel to potential sanctions by either the MDL Court or the Minnesota Court or both. **NOTE: These Declarations are critical to the Court's ability to effectively administer the settlement program through the Court-appointed Settlement Administrator and the Court-appointed Settlement Data Administrator, and manage the MDL docket. There will be NO notices of deficiency and no opportunities to cure for the failure to timely submit a Declaration.**

The firms for these claimants asked BrownGreer to be permitted to add them now to the ID Order Report and then register them to participate in the Settlement Program. ID Order Declarations were due by the September 12, 2023 Reference Date. The MSA I Registration Deadline passed on January 25, 2024. The Parties to the MSA informed BrownGreer that they do not consent to allow these claimants to enter the Settlement Program at this late date. Accordingly, and in light of the failure by these claimants to comply with Court Orders, the cases listed in Table 3 are **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close them in their entirety for all purposes:

| Table 3 | Non-Compliant Claimants Dismissals | |
|---|---|---|
| | Case Number | Name |
| 1. | 3:19-cv-00595-MCR-HTC | Fortie, Nathan |
| 2. | 3:21-cv-00413-MCR-HTC | Mathlouthi, Morad |
| 3. | 3:22-cv-06399-MCR-HTC | Milar, Sean |

Case No. 3:19md2885/MCR/HTC

| Table 3 | Non-Compliant Claimants Dismissals | |
|---|---|---|
| | Case Number | Name |
| 4. | 3:22-cv-22856-MCR-HTC | Nance, Bryant |
| 5. | 3:19-cv-02676-MCR-HTC | Perry, Sky |
| 6. | 3:22-cv-22857-MCR-HTC | Scott, Byron |
| 7. | 3:22-cv-20714-MCR-HTC | Spadolini, Michael |

**5.   Dismissals Vacated as Docket Correction:** To correct the status of the seven cases identified in Table 4 and permit the operative case number for each action to remain pending until the claimant receives payment in the Settlement Program, the dismissal of each of these seven cases in CMO 92 is **VACATED** and the Clerk is directed to **REOPEN** them:

| Table 4 | Dismissals Vacated | |
|---|---|---|
| | Case Number | Name |
| 1. | 7:20-cv-85819-MCR-HTC | Brooks, Thomas |
| 2. | 3:22-cv-04222-MCR-HTC | Calle, Sebastian |
| 3. | 3:19-cv-02404-MCR-HTC | Diaz, George |
| 4. | 7:20-cv-16953-MCR-HTC | Lassetter, Brian |
| 5. | 7:20-cv-66923-MCR-HTC | Lovett, Le'Kendrick |
| 6. | 7:23-cv-04062-MCR-HTC | Mummart, Brendan |
| 7. | 3:22-cv-17889-MCR-HTC | Roibal-Macias, Raymond |

**SO ORDERED**, on this 25th day of June, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**